McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD EZZEDDINE,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 2:07-CV-02274-MCE-EFB<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that due to confusion over service upon the Office of the U.S. Attorney, counsel for the government did not become aware of the pending lawsuit until February 28, 2008. Upon learning of the pending lawsuit, counsel for government has taken steps to attempt an administrative resolution to the matter. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

///
///
///
///
///

-1-

The parties therefore stipulate that the time for filing the government's answer be extended to June 16, 2008, and any other filing deadlines be similarly extended.

Dated: April 15, 2008

          McGREGOR W. SCOTT
          United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:   /s/ Reem Omar Awad-Rashmawi
      Reem Omar Awad-Rashmawi
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on June 16, 2008.

IT IS SO ORDERED.

Dated: April 17, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE